# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SARAH J. STERN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil No. 17-cv-1225-JPG-CJP ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, **IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.

DATED: December 6, 2018

                                              **MARGARET M. ROBERTIE,**
                                              **Clerk of Court**

                                              **BY:** __s/Tina Gray__
                                                        **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**